# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

NORMAN FOSTER ,

    Petitioner,

  v.

RANDELL HEPP, Warden Jackson Correctional,
K. BAUER, Correctional Officer, JODI
DOUGHERTY, Inmate Complaint Examiner,
D. BOYD, Program Supervisor, TOM
GOZINSKE, Corrections Complaint Examiner,
and RICK RAEMISCH,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-225-slc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin

_____     _____6/13/08_____
**by Deputy Clerk**    Date